IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
MOBILE DIVISION

| | |
|---|---|
| LEO POLK,<br><br>      **Plaintiff,**<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>      **Defendant.** | CIVIL ACTION NO.<br>1:15-cv-00153-KD-C |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** plaintiff Leo Polk ("Plaintiff") and defendant Portfolio Recovery Associates, LLC ("Defendant"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby jointly stipulate that this action is dismissed, with prejudice, with the parties to bear their own attorney's fees, costs and expenses.

Pursuant to Rule II.C.3 of this Court's Administrative Procedures, Attorney R. Frank Springfield certifies that he has the express permission and agreement of counsel for Plaintiff to affix her respective electronic signature hereon and further certifies that the Parties have agreed to the terms and conditions of this Joint Stipulation of Dismissal.

Respectfully submitted this 8th day of October, 2015.

                                          *s/ Angela M. Cooper (w/ express permission)*
                                          Angela M. Cooper (COOPA9363)
                                          Law Solutions Chicago LLC
                                          4308 Midmost Drive
                                          Mobile, AL 36609
                                          Phone: (251) 300-2220
                                          acooper@amclaw.net

                                          Attorney for Plaintiff
                                          LEO POLK

25418506 v1

*s/ R. Frank Springfield*
R. Frank Springfield (SPR024)
Ryan J. Hebson (HEB003)
Gillian G. W. Egan (EGA002)

BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
Telephone:  (205) 251-3000
Facsimile:  (205) 458-5100
fspringf@burr.com
rhebson@burr.com

BURR & FORMAN, LLP
RSA Tower, Suite 22200
11 North Water Street
Mobile, Alabama  36602
Telephone:  (251) 344-5151
Facsimile:  (251) 344-9696
gegan@burr.com

Attorneys for Defendant
PORTFOLIO RECOVERY ASSOCIATES, LLC